NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

In re:  **RYAN THOMAS BECHARD,**

*Petitioner*

2021-161

On Petition for Writ of Mandamus to the United States Court of Appeals for the Federal Circuit.

## ON PETITION AND MOTION

PER CURIAM.

## O R D E R

Ryan Thomas Bechard files a "petition for writs of mandamus, writs of prohibition & notice of removal of state civil actions." Through this filing, it appears that Mr. Bechard attempts to invoke this court's "original jurisdiction" to assert various claims, including contract claims and claims arising under the federal securities laws. Mr. Bechard also moves to "seal this case." ECF No. 5 at 1.

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). The Act is not itself a grant of jurisdiction. *Clinton v. Goldsmith*, 526 U.S. 529,

2 IN RE: BECHARD

534–35 (1999). This court does not have original jurisdiction over Mr. Bechard's claims. Nor does his submission reference any agency or trial court action that would eventually be subject to this court's jurisdiction on direct appeal that would give us authority to consider a mandamus request. We therefore dismiss his petition.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition is dismissed.

(2)  Mr. Bechard's motion to seal, ECF No. 5, is granted to the extent that ECF No. 2 shall be placed under seal.

FOR THE COURT

August 19, 2021          /s/ Peter R. Marksteiner
      Date               Peter R. Marksteiner
                         Clerk of Court

s24